# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): **14-1475**

Motion for: **Extension of Time to File Brief**

Caption [use short title]

**George v. Richter**

Set forth below precise, complete statement of relief sought:

Appellant requests extension of time for filing of brief due to election of new Executive Director and retention of new counsel. Appellant proposes new due date of 9/26/14.

MOVING PARTY: **George as Executive Director of DC1707, AFSCME**
- [✓] Plaintiff
- [ ] Defendant
- [✓] Appellant/Petitioner
- [ ] Appellee/Respondent

OPPOSING PARTY: **Richter, Cmsnr of ACS, NYC, Bloomberg as Mayor**

MOVING ATTORNEY: **Larry Cary**

OPPOSING ATTORNEY: **Tahirih Sadrieh**

[name of attorney, with firm, address, phone number and e-mail]

Cary Kane, LLP

1350 Broadway Ste 1400, NY NY 10018

212-868-6300, LCary@carykane.com

The New York City Law Department

100 Church Street, NY NY 10007

212-356-0847, TSadrieh@law.nyc.gov

Court-Judge/Agency appealed from: **Southern District of New York - Judge Paul G. Gardephe**

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain): _____

Opposing counsel's position on motion:
[✓] Unopposed  [ ] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [✓] No  [ ] Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?  [ ] Yes  [ ] No
Has this relief been previously sought in this Court?  [ ] Yes  [ ] No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  [ ] Yes  [✓] No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [✓] No  If yes, enter date: _____

Signature of Moving Attorney: _/s/ Larry Cary_  Date: **07/15/14**   Service by: [✓] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev. 12-13)