# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of July, two thousand and fourteen.

Before:    Ralph K. Winter,
                *Circuit Judge.*

_____

| | |
|---|---|
| Raglan George, Jr., as Executive Directing of District Council 1707, American Federation of State County & Municipal Employees, AFL-CIO,<br>    Plaintiffs - Appellants,<br><br>v.<br><br>Ronald E. Richter, as Commissioner of the Administration for Children's Services of the City of New York, Michael Bloomberg, as Mayor of the City of New York,<br>    Defendants - Appellees. | **ORDER**<br>Docket No. 14-1475 |

_____

    Appellants move to extend, through September 26, 2014, the time in which to file a brief and appendix.

    IT IS HEREBY ORDERED that the motion is GRANTED. However, the appeal is dismissed effective September 26, 2014, unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. *See RLI Ins. Co. v. JDJ Marine, Inc.*, 716 F.3d 41, 43-45 (2d Cir. 2013).

                                                  For the Court:
                                                  Catherine O'Hagan Wolfe,
                                                  Clerk of Court

